UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DANIEL JOE BRADLEY,

Plaintiff,

v.

JOHN GALIPEAU *et al.*,

Defendants.

CAUSE NO. 3:23-CV-117-DRL-JPK

ORDER

Daniel Joe Bradley, a prisoner without a lawyer, was granted until March 23, 2023, to file a complaint on a **Pro Se 14 (INND Rev. 2/20) Prisoner Complaint** form. He was cautioned if he did not respond by the deadline, this case could be dismissed without further notice. The deadline passed, but he has not responded.

For these reasons, this case is DISMISSED.

SO ORDERED.

April 13, 2023

*s/ Damon R. Leichty*
Judge, United States District Court