AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

DANIEL JOE BRADLEY
  Plaintiff

    v.         Civil Action No. 3:23-cv-117

JOHN GALIPEAU, *Warden, being sued individually and in there official capacity*
INDIANA DEPARTMENT OF CORRECTION, *IDOC, being sued individually an in there official capacity*
WESTVILLE CORRECTIONAL FACILITY, *WCF, being sued individually and in there official capacity*
ROBERT CARTER, JR, *Mr., Commissioner, being sued individually and in there official capacity*
  Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff *(name)* _____
recover from the defendant *(name)* _____
the amount of _____ dollars ($____), which includes prejudgment interest at the rate of ____%, plus post-judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

**X** Other:   This case is DISMISSED.

This action was (*check one*):

☐ tried to a jury with _____

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Judge Damon R. Leichty

DATE:  4/14/2023                              CHANDA J. BERTA, ACTING CLERK OF COURT

                                                                     by      /s/ S. Kowalsky
                                                                      *Signature of Clerk or Deputy Clerk*